**280**

**COM.**

v.

**CRUZ, J.**

**1224 MDA 2016**

Superior Court of Pennsylvania.

03/02/2017

CP–01–CR–0000204–1993
(Adams)

Affirmed—Application to Withdraw as Counsel Granted

**IN RE: ADOPTION OF: K.P., a Minor**

**1420 MDA 2016**

Superior Court of Pennsylvania.

03/02/2017

32 ADOPT 2016
(Franklin)

Affirmed

**IN RE: ADOPTION OF R.B., a Minor**

**1421 MDA 2016**

Superior Court of Pennsylvania.

03/02/2017

31–ADOPT–2016
(Franklin)

Affirmed

**IN RE: ADOPTION OF B.B., a Minor**

**1422 MDA 2016**

Superior Court of Pennsylvania.

03/02/2017

30–ADOPT–2016
(Franklin)

Affirmed

**IN the INTEREST OF: K.P., a Minor**

**1423 MDA 2016**

Superior Court of Pennsylvania.

03/02/2017

CP–28–DP–0000054–2015
(Franklin)

Affirmed

**IN the INT. OF: R.B., a Minor**

**Appeal of: W.T.B.**

**1424 MDA 2016**

Superior Court of Pennsylvania.

03/02/2017

CP–28–DP–0000065–2014
(Franklin)

Affirmed

